***E-FILED - 10/5/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT STEVE WELLS, | ) | No. C 10-3379 RMW (PR) |
| Petitioner, | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| J.F. SALAZAR, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner, a state prisoner proceeding pro se, filed an "ex parte application," on July 19, 2010 in the Eastern District of California. On July 27, 2010, the Eastern District transferred the case to this court because petitioner was convicted in San Francisco County, which lies in the Northern District of California.

On August 11, 2010, the court sent a notification to petitioner informing him that he did not file a completed in forma pauperis application, nor did he pay the required filing fee. The court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days.

On August 23, 2010, petitioner submitted a letter declaring that the court "misread" his ex parte application. Petitioner explained that the application merely requested clarity "on the issues of lifers" and discussed the "injustices" from state and federal courts. It appears that

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.10\Wells379dis.wpd

1  petitioner did not intend to file a petition for writ of habeas corpus.  The court, therefore,

2  construes his letter as a request for voluntary dismissal.  So construed, the request for voluntary

3  dismissal is GRANTED.  Alternatively, as petitioner has not filed a completed in forma pauperis

4  application or paid the filing fee within the required thirty day deadline, this case is DISMISSED

5  without prejudice.

6      The clerk shall close the file.

7      IT IS SO ORDERED.

8  DATED: 10/4/10

                                                  RONALD M. WHYTE
                                                United States District Judge